**No. 66734.**—Alltransport, Inc., c/o Charles C. Merzbach Co. *v.* United States, protest 58/12605 (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of "Faller Houses and Kits" similar in all material respects to those the subject of *United States* v. *Polk's Model Craft Hobbies, Inc., et al.* (47 C.C.P.A. 137, C.A.D. 746), the claim of the plaintiff was sustained.

**No. 66735.**—General Shipping & Trading Co. and G. Raggi & Sons *v.* United States, protest 273146–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise, described on the invoice as "Venetian mosaic for Baptistry ceiling," consists of mosaics, imported by order of and for the use of a corporation organized and operated exclusively for religious purposes, and that all applicable customs regulations have been complied with, the claim of the plaintiffs was sustained.

**No. 66736.**—Alltransport, Inc., and Michael C. Guarino *v.* United States, protest 309196–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise, invoiced as venetian mosaic in cases numbered 794/800 and 1001/1003, consists of mosaics imported for presentation without charge and for the use of a corporation organized and operated exclusively for religious purposes, and that all applicable customs regulations have been complied with, the claim of the plaintiffs was sustained.